**Jerry K. SIMPSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 50326.**

Missouri Court of Appeals,
Eastern District,
Division Six.

March 18, 1986.

Joyce K. JACKSON, Appellant,

v.

**MISSOURI DEPARTMENT OF SOCIAL SERVICES, Respondent.**

No. 50826.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 18, 1986.

Susan Lynn Hogan, Columbia, for appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

### SUMMARY OPINION

CLEMENS, Senior Judge.

Defendant's Rule 27.26 motion was summarily denied. He contended his sentences to two seven-year *consecutive* terms should have been for concurrent terms. The guilty plea record, after the court's repeated warnings, showed defendant was satisfied with his counsel and knew he could be sentenced to two consecutive 7-year terms. Thus, the record clearly refuted defendant's contention. Affirmed in accordance with *Davis v. State,* 552 S.W.2d 68[2, 3].

SMITH, P.J., and KELLY, J., concur.